IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HIGHTOWER HOLDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DARREN REINIG, <br><br> Defendant. | Civil Action No. 24-CV-323-RGA |

MEMORANDUM ORDER

Plaintiff filed a barebones motion for a preliminary injunction. (D.I. 10). It was six pages long, and there was no sworn material submitted with it. There was an accompanying motion to expedite proceedings. (D.I. 11). I granted that motion, which contemplated that Plaintiff would file an opening brief in support of the preliminary injunction motion after expedited discovery was concluded. (D.I. 13). I subsequently stayed the grant of expedition. (D.I. 15). Since then, most of the litigation in connection with the dispute has been in either the California state courts or in connection with an arbitration that was ordered by the San Diego Superior Court. (D.I. 21 at 3; D.I. 21-1 at 1).

Plaintiff seeks to lift the stay. (D.I. 21). Defendant's opposition to the motion to lift the stay principally addresses issues other than the merits of whether the stay should be lifted, including, for example, the scope of the expedited discovery and the sufficiency of Plaintiff's pleadings. (D.I. 24). I have resolved Defendant's challenge to the sufficiency of Plaintiff's Defend Trade Secrets Act pleading in a separate order.

Thus, there is no reason not to lift the stay, and I **GRANT** the motion to lift the stay. (D.I. 21). The order expediting discovery authorized specific discovery and expedited responses.

Page 1 of 2

I think it would be better if the parties met and conferred on what discovery is needed, and, indeed, whether it makes sense to combine all requests for injunctive relief into one hearing/trial. Further, since the motion for preliminary injunction was essentially just a placeholder, the motion (D.I. 10) is **DISMISSED** without prejudice and with leave to refile when Plaintiff is prepared to file an opening brief and supporting papers with it.

IT IS SO ORDERED this 24th day of January 2025.

_____
United States District Judge